In the Matter of GEORGE JEMZURA, Petitioner, v. JOSEPH MOLINARI, Respondent.— Motion to dismiss petition granted with $20 costs and proceeding dismissed, with $25 costs (*Matter of Jemzura* v. *Molinari*, 42 A D 2d 1057). Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ., concur.

## (October 23, 1973)

In the Matter of the Application for Approval of the Certificate of Incorporation of the LEGAL AID SOCIETY OF SULLIVAN COUNTY, INC.— Application of the incorporators of the Legal Aid Society of Sullivan County, Inc., for approval of its certificate of incorporation pursuant to subdivision 5 of section 495 of the Judiciary Law, granted. Herlihy, P. J., Staley, Jr., Greenblott, Cooke, Sweeney, Kane, Main and Reynolds, JJ., concur.

In the Matter of MONROE COUNTY LEGAL ASSISTANCE CORPORATION.— Application of Monroe County Legal Assistance Corporation for extension of the period for which it is authorized to maintain a legal services office in the Village of Liberty, Sullivan County, granted, and period extended to and including December 31, 1973. Herlihy, P. J., Staley, Jr., Greenblott, Cooke, Sweeney, Kane, Main and Reynolds, JJ., concur.